## Jim PARRISH v. STATE.
### No. 17265.

Court of Criminal Appeals of Texas.

Feb. 27, 1935.

B. E. Cook, of Stephenville, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for transportation of intoxicating liquor; punishment being one year in the penitentiary.

The indictment is fatally defective. See Offield v. State (Tex. Cr. App.) 75 S.W.(2d) 882; Haynie v. State (Tex. Cr. App.) 76 S.W. (2d) 133; Oliver v. State (Tex. Cr. App.) 76 S.W.(2d) 134.

The judgment is reversed, and the prosecution ordered dismissed under the present indictment.

## Jimmie STANLEY v. STATE.
### No. 17499.

Court of Criminal Appeals of Texas.

Feb. 27, 1935.

S. O. Lovejoy, of Houston, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for felony theft; punishment assessed being two years' confinement in the penitentiary.

Appellant has filed with this court his affidavit advising that he does not further desire to prosecute his appeal, and at his request the same is dismissed.

## Odis VAN ZANDT v. STATE.
### No. 17531.

Court of Criminal Appeals of Texas.

Feb. 27, 1935.

Tom S. Williams and John W. Hunt, Jr., both of Surphur Springs, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for forgery; punishment assessed being two years in the penitentiary.

Appellant has filed his affidavit with this court advising that he does not desire to further prosecute his appeal, and at his request the same is ordered dismissed.